U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 1 4 2023
AT____O'CLOCK____
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 8:23-cr-339 (AMN) |
| | ) | | |
| v. | ) | **Information** | |
| | ) | | |
| **DANIEL GUTIERREZ-HERNANDEZ,** | ) | Violations: | 8 U.S.C. § 1324(a)(1)(A)(v)(I) |
| **a/k/a, DANIEL GUTIERREZ HERNAN,** | ) | | [Conspiracy to Commit Alien Smuggling] |
| | ) | | 8 U.S.C. § 1324(a)(2)(B) |
| | ) | | [Alien Smuggling] |
| | ) | | |
| | ) | Three Counts | |
| | ) | | |
| **Defendant.** | ) | County of Offense: | Franklin |
| | ) | | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Conspiracy to Commit Alien Smuggling]**

On or about June 30, 2023, in Franklin County in the Northern District of New York, and elsewhere, the defendant, **DANIEL GUTIERREZ-HERNANDEZ, a/k/a, DANIEL GUTIERREZ HERNAN**, and others, did conspire to commit alien smuggling by, knowing that one or more persons were aliens, that is eight aliens believed to have the initials L.R-G., L.G.M.Z., B.J.-P., D.O.-U., M.M.-C., C.R.-H., A.O.-V. and A.G.-M., did bring to the United States in any manner whatsoever, such persons at a place other than a designated port of entry, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and (a)(1)(A)(v)(I). That violation was done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(B)(i).

## COUNT 2
### [Alien Smuggling]

On or about June 30, 2023, in Franklin County in the Northern District of New York, the defendant, **DANIEL GUTIERREZ-HERNANDEZ**, a/k/a, **DANIEL GUTIERREZ HERNAN**, knowing and in reckless disregard of the fact that an alien believed to have the initials A.O.-V. had not received prior official authorization to come to, enter, and reside in the United States, did bring to the United States in any manner whatsoever, such alien, in violation of Title 8, United States Code, Section 1324(a)(2). That violation was done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). Count Two was the defendant's first violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B).

## COUNT 3
### [Alien Smuggling]

On or about June 30, 2023, in Franklin County in the Northern District of New York, the defendant, **DANIEL GUTIERREZ-HERNANDEZ**, a/k/a, **DANIEL GUTIERREZ HERNAN**, knowing and in reckless disregard of the fact that an alien believed to have the initials A.G.-M. had not received prior official authorization to come to, enter, and reside in the United States, did bring to the United States in any manner whatsoever, such alien, in violation of Title 8, United States Code, Section 1324(a)(2). That violation was done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). Count Three was the defendant's second violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B).

Dated: September 14, 2023         CARLA B. FREEDMAN
                                  United States Attorney

                            By:   */s/ Jeffrey C. Stitt*
                                  Jeffrey C. Stitt
                                  Assistant United States Attorney
                                  Bar Roll No. 520195